```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    Case No. 13-43426 CN

**PATRICK ESTEVES IGNACIO,**                  Chapter 13

        **Debtor.**                   **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**

_____/

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

Commencing February 2015, debtor will pay $250.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Every twelve (12) months from the date of the Order on this motion, debtor shall provide the trustee with proof of his income. If there is a change in income debtor shall also file Amended Schedules I & J.

The modification is sought on the following grounds:

Debtor's income has decreased significantly. At the time that the debtor had filed his case he was earning approximately $8,175.00 per month. Since 2014 debtor earns approximately $5,583 per month.

Dated: March 24, 2015        /s/ Patrick L. Forte
                                    PATRICK L. FORTE
                                    Attorney for Debtor